IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM TOWNSEND,

    Plaintiff,                    No. CIV S-09-2342 KJM P

    vs.

D.K. SISTO, et al.,

    Defendants.                 ORDER

        Plaintiff has filed a motion for a certificate of appealability in conjunction with his notice of appeal from this court's judgment. Plaintiff is advised that he does not need such a certificate to appeal the judgment in a civil rights action.

        IT IS THEREFORE ORDERED that plaintiff's motion for a certificate of appealability (docket no. 23) is denied.

DATED: August 31, 2010.

                                        U.S. MAGISTRATE JUDGE

town2342.nocoa

1