1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  WILLIAM TOWNSEND, JR.,                    No.  2:09-cv-2342 CKD P

12              Plaintiff,

13        v.                                  ORDER

14  D.K. SISTO, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action seeking

18  relief pursuant to 42 U.S.C. § 1983.  On October 16, 2012, the court ordered the United States

19  Marshal to serve process upon defendant Singh.  The Marshal was directed to attempt to secure a

20  waiver of service before attempting personal service on defendant Singh.  If a waiver of service

21  was not returned within sixty days, the Marshal was directed to effect personal service on

22  defendant Singh in accordance with the provisions of Rule 4 of the Federal Rules of Civil

23  Procedure and 28 U.S.C. § 566(c), without prepayment of costs, and to file the return of service

24  with evidence of any attempt to secure a waiver of service and with evidence of all costs

25  subsequently incurred in effecting personal service.

26  /////

27  /////

28  /////

1

On July 19, 2013, the United States Marshal filed a return of service with a USM-285 form showing total charges of $58.39 for effecting personal service on defendant Singh. The form shows that a waiver of service form was mailed to the defendant on January 22, 2013, and that no response was received.

Rule 4(d) of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. . . .
>
> If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:
>
> (A)  the expenses later incurred in making service; and
>
> (B)  the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

Fed. R. Civ. P. 4(d)(1), (2)(A), (B).

The court finds that defendant Singh was given the opportunity required by Rule 4(d) to waive service and has failed to comply with the request.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order defendant Singh shall pay to the United States Marshal the sum of $58.39, unless within that time defendant Singh files a written statement showing good cause for his failure to waive service.

2. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.

Dated:  October 21, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] town2342.taxcost(1)