UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TOWNSEND, JR., | No. 2:09-cv-2342 CKD P |
| Plaintiff, | |
| v. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The court finds that the appointment of counsel is warranted for the limited purpose of meeting with plaintiff, assisting plaintiff with interviewing any witnesses counsel determines to have actual knowledge of relevant facts, and to file and serve an amended pretrial statement. Joshua Kaizuka has been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Joshua Kaizuka is appointed as counsel for plaintiff for the limited purpose of meeting with plaintiff, assisting plaintiff with interviewing any witnesses counsel determines to have actual knowledge of relevant facts, and to file and serve an amended pretrial statement.

/////

1

2. Joshua Kaizuka's appointment will terminate when plaintiff's amended pretrial statement is filed.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Joshua Kaizuka, Law Offices of Kaizuka & Valcarenghi, 2530 J St., Suite 320, Sacramento, CA 95816.

5. All outstanding motions are denied without prejudice.

6. Plaintiff's amended pretrial statement shall be filed within 60 days.

7. Defendants may file an amended pretrial statement within 14 days of service of plaintiff's.

Dated: November 26, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/sp
town2342.con