

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM TOWNSEND, JR.,

        Plaintiff(s)

vs.

D.K. SISTO, et al.,

        Defendants.

No. 2:09-CV-2342 CKD P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Joshua Kaizuka, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 26, 2014, by the Honorable Carolyn K. Delaney, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Retain private investigator Dave Howard, Lic # 22905 to travel to, interview, and write a report:
Donald Pena CDC H64253 at CDCR Solano
Robert Polete CDC B84688 at CDCR Medical Facility Vacaville
Dwayne Harvest CDC H89912 at CDCR Folsom

$60/hr. @ 4 hours per individual (travel, interview, writing report) = $240.
$240 X 3 = $720
3 hour cushion for unexpected wait times at prison, consult with attorney, review of documents = $180
Total max of no more than $900

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 900.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:09-cv-2342 CKD P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | Interviews to file an amended pretrial statement |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of December, 20 14, at Sacramento, California.

_____
Joshua Kaizua

Attorney for Plaintiff(s)

The above expenditure is ____✓____ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 12/9/2014

_____
United States District Judge/Magistrate Judge

Carolyn K. Delaney
U.S. Magistrate Judge