UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TOWNSEND, JR., </br></br>  Plaintiff, </br></br> vs. </br></br> D.K. SISTO, et al., </br></br>  Defendants. | Civil Action, File No.: 2:09-cv-02342-CKD </br></br> ORDER ON REQUEST TO SUBSTITUTE ATTORNEY |

Plaintiff's request to substitute Ken I. Karan as attorney having been considered, the Court orders that the record shall reflect that Ken I. Karan is the formal substitution for Plaintiff in pro se, and for Joshua Kaizuka, limited-assignment, court-appointed attorney.

Dated: February 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE