UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TOWNSEND, JR., | No. 2:09-cv-2342 CKD P |
| Plaintiff, | |
| v. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |

This matter came on for status conference on March 25, 2015. Plaintiff was represented by Ken Karan. Defendants were represented by Deputy Attorney General James Walter. Good cause appearing, THE COURT ORDERED AS FOLLOWS at the hearing:

1. Plaintiff is granted 90 days within which to depose defendants, serve discovery requests, and serve subpoenas.

2. The response to a discovery request shall be served no later than 30 days after service of the request;

3. Any motions to compel regarding discovery requests served after this order or depositions conducted after this order must be filed no later than August 24, 2015.

/////

/////

/////

1

4. The deadline established in the court's January 26, 2015 order for the filing of plaintiff's amended pretrial statement is vacated. The court will establish a new deadline after conclusion of the discovery described above.

Dated: March 26, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
town2342.dis