**LAW OFFICE OF KEN I. KARAN**
Ken I. Karan, Esq.
State Bar Number 204843
2907 Shelter Island Drive, Ste. 105-215
San Diego, California 92106
Telephone: 760 420 5488
Facsimile:  866 841 5420

ATTORNEY FOR PLAINTIFF WILLIAM TOWNSEND, JR.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TOWNSEND, JR., | Civil Action, File No.: 2:09-cv-02342-CKD |
| Plaintiff, | |
| vs. | STIPULATION OF THE PARTIES |
| D.K. SISTO, T. CHERRY, M. JUNKER, AND V. SINGH, | Judge:   The Hon. Carolyn K. Delaney |
| Defendants. | |

Plaintiff William Townsend, Jr., by and through counsel Ken I. Karan, Esq., and Defendants D.K. Sisto, T. Cherry, M. Junker, and V. Singh, by and through counsel James Walter, Esq., agree as follows:

1. Discovery is proceeding pursuant to the Court's March 26, 2015, order.

2. Additional time is required in order to complete ongoing discovery.

///

///

///

///

STIPULATION OF THE PARTIES - 1

3. The parties herein stipulate to extend the terms of the Court's March 26, 2015 order by 44 days making the new deadline to depose defendants, serve discovery requests and serve subpoenas Monday, August 8, 2015.

So stipulated,

Date:   6/23/15                           Signed:   /s/                                          .
                                                    Ken I. Karan, Esq.


Date:   6/23/15                           Signed:   /s/                                          .
                                                    James Walter, Esq.


IT IS SO ORDERED.

Dated:  June 26, 2015

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE