**LAW OFFICE OF KEN I. KARAN**
Ken I. Karan, Esq.
State Bar Number 204843
2907 Shelter Island Drive, Ste. 105-215
San Diego, California 92106
Telephone: 760 420 5488
Facsimile:  866 841 5420

ATTORNEY FOR PLAINTIFF WILLIAM TOWNSEND, JR.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TOWNSEND, JR., | Civil Action, File No.: 2:09-cv-02342-CKD |
| Plaintiff, | |
| vs. | STIPULATION OF THE PARTIES |
| D.K. SISTO, T. CHERRY, M. JUNKER, AND V. SINGH, | Judge:   The Hon. Carolyn K. Delaney |
| Defendants. | |

Plaintiff William Townsend, Jr., by and through counsel Ken I. Karan, Esq., and

Defendants D.K. Sisto, T. Cherry, M. Junker, and V. Singh, by and through counsel James

Walter, Esq., agree as follows:

1.      Discovery is proceeding pursuant to the Court's March 26, 2015, order, and as modified

by the stipulation and order accepted by the Court.  (ECF 88.)

2.      The parties are actively engaged in settlement negotiations.

3.      As a result, Plaintiff took his scheduled depositions of Defendants off calendar in order

to make the negotiations meaningful.

4.      Should negotiations fail, Plaintiff would be potentially denied the opportunity to

complete discovery.

5.      The parties herein stipulate to extend the terms of the Court's order for 28 days making

the new deadline to depose defendants, serve discovery and serve subpoenas Friday,

September 4, 2015.

6.  Any motion to compel must be filed no later than November 4, 2015.

So stipulated,

Date: ___8/7/15___                    Signed: _____/s/Ken Karan_____.
                                               Ken I. Karan, Esq.


Date: ___8/7/15___                    Signed: _____/s/James Walter_____.
                                               James Walter, Esq.




IT IS SO ORDERED.

Dated:  August 11, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE