UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TOWNSEND, JR., | No. 2:09-cv-2342 CKD P |
| Plaintiff, | |
| v. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |

On August 31, 2015, plaintiff's counsel filed a document seeking permission to withdraw leaving plaintiff pro se. Because counsel did not comply with Local Rule 182(d) that request will be denied. The court will also deny the two motions filed by plaintiff pro se on August 31, 2015.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel's request for leave to withdraw leaving plaintiff pro se is denied without prejudice to renewal within 7 days. If the motion for withdrawal is renewed, the motion must comply with Local Rule 182(d). If plaintiff's counsel wishes to appear telephonically at the hearing on his motion to withdraw, he should so request in his motion.

/////

/////

/////

/////

1

2. The motions filed by plaintiff pro se on August 31, 2015 (ECF No. 92 & 93) are denied.

Dated: September 14, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
town2342.ssub

2