UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM TOWNSEND, JR.,

        Plaintiff,                      No.  2:09-cv-2342 CKD P

vs.

D. K. SISTO, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

      William Townsend, Jr., inmate #P-10944, a necessary and material witness in proceedings in this case on October 14, 2015, is confined in San Quentin State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, to appear by **telephonic-conferencing** at San Quentin State Prison, October 14, 2015, at 10:00 a. m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a copy of this writ by fax on the Litigation Coordinator at San Quentin State Prison, (415) 454-6288.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of San Quentin State Prison, San Quentin, California 94964:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by **telephonic-conferencing**, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  September 16, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/klytown2342.841vc