UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TOWNSEND, JR., | No. 2:09-cv-2342 CKD P |
| Plaintiff, | |
| v. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |

On October 14, 2015, this matter came on for attorney Ken Karan's motion to withdraw as plaintiff's counsel. In light of the discussion occurring at the hearing, and in light of the record before the court, IT IS HEREBY ORDERED that:

1. Attorney Ken Karan's motion to withdraw as plaintiff's counsel (ECF No. 96) is granted;

2. Plaintiff will proceed pro se;

3. The Clerk of the Court is directed to send counsel for defendants the court's form for consenting to magistrate judge jurisdiction, and send both parties the court's notice of expedited trial setting procedures upon consent;

/////

/////

/////

1

4. Within 14 days, defendants shall inform the court in writing:

    A. Whether they are willing to consent to magistrate judge jurisdiction;

    B. Whether defendants would like to have this matter set for a settlement conference;

    C. Whether defendants are willing to waive disqualification of the undersigned for purposes of a settlement conference;

    C. If defendants do consent to magistrate judge jurisdiction, whether defendants would like to proceed in accordance with the court's expedited trial setting procedures;  and

    D. Whether defendants have a copy of responses to discovery requests (approximately 60 pages long) served by them upon plaintiff on or around May 8, 2015.  If defendants do have a copy of those responses, defendants shall send a copy to plaintiff within 14 days.

5. Within 14 days, plaintiff shall inform the court in writing:

    A. Whether plaintiff is willing to waive disqualification of the undersigned for purposes of a settlement conference; and

    B. Whether plaintiff would like to proceed in accordance with the court's expedited trial setting procedures.

6. The Clerk of the Court is directed to file under seal the document filed by plaintiff on October 2, 2015.

Dated:  October 15, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
town2342.oah

2