|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WILLIAM TOWNSEND, JR., | No. 2:09-cv-2342 CKD P |
|---|---|
| Plaintiff, |   |
| v. | NOTICE OF THIS COURT'S EXPEDITED TRIAL SETTING PROCEDURES UPON CONSENT OF ALL PARTIES |
| D.K. SISTO, et al., |   |
| Defendants. |   |

  Due to the extraordinarily high case load of the district court judges in this district, trials in civil rights actions concerning prison conditions are often conducted by United States Magistrate Judges with the consent of all the parties. A trial conducted by a magistrate judge is far more likely to proceed on a scheduled trial date. Presently, when a civil trial is set before a district judge, any criminal trial which conflicts with the civil trial will take priority, even if the civil trial date was set first. Thus, a civil trial set before a district judge is often trailed day to day or week to week until the completion of the matter occupying the district court. Consenting to the jurisdiction of a magistrate judge for all purposes will generally expedite the resolution of an action.

  The parties are therefore reminded of the availability of a United States Magistrate Judge to conduct all proceedings in this action. A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of

1

Civil Procedure 73, and Local Rule 305. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

Plaintiff has already consented to magistrate judge jurisdiction. ECF No. 7. If defendants also consent, this Court will immediately schedule a trial setting hearing and set a trial date within six months. At the trial setting hearing, the court will take all necessary action to facilitate trial by the established trial date. Defendants are hereby ordered to notify the court within 14 days whether they consent to magistrate judge jurisdiction in this matter.

Consistent with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District, if the matter proceeds to trial under this process, the Court will handle the trial just as any other civil case which comes before the Court.

Withholding consent or declining jurisdiction of a United States Magistrate Judge for all purposes will have no effect on the merits of a party's case or have any adverse substantive consequences. If defendants decline consent, the court will most likely order that amended pretrial statements be filed, issue a pretrial order and then the case will be handed off to the assigned district court judge for trial.

Dated: October 15, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE