UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TOWNSEND, JR., | No. 2:09-cv-2342 CKD P |
| Plaintiff, | |
| v. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |

In a document filed by defendants on October 26, 2015, defendants indicate they are willing to consent to magistrate judge jurisdiction for all remaining matters in this action.  Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court send defendants a copy of the court's form for consenting to magistrate judge jurisdiction; and

2. Defendants shall sign and return the form to the court by 5:00 p.m. on Friday December 4, 2015.

Dated:  December 1, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
town2342.con