1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM TOWNSEND, JR.,                    No.  2:09-cv-2342 CKD P

12              Plaintiff,

13        v.                                    ORDER

14   D.K. SISTO, et al.,

15              Defendants.

16

17        Plaintiff is a California prisoner proceeding pro se.  He has requested that defense counsel

18   provide plaintiff with a copy of defendant Cherry's responses to interrogatories propounded by

19   plaintiff's former counsel Ken Karan sometime between March and May, 2015.  Good cause

20   appearing, IT IS HEREBY ORDERED that within seven days counsel for defendants shall serve

21   plaintiff with a copy of defendant Cherry responses to interrogatories propounded by plaintiff's

22   former counsel Ken Karan sometime between March and May, 2015 and shall file a notice of

23   service with the court.  If defendants do not have a copy of defendant Cherry's responses, counsel

24   for defendants shall inform plaintiff and the court within seven days.

25   Dated: February 23, 2016

26                                             _____
                                              CAROLYN K. DELANEY
27                                            UNITED STATES MAGISTRATE JUDGE

28   1/town2342.dis