1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM TOWNSEND, JR.,                        No.  2:09-cv-2342 CKD P

12                 Plaintiff,

13          v.                                      ORDER

14    D.K. SISTO, et al.,

15                 Defendants.

16

17          Plaintiff is a California prisoner proceeding pro se.  This matter appears ready for trial.

18    Good cause appearing, the parties will be ordered to file amended pretrial statements.[1]  Upon

19    receipt of the amended pretrial statements, the court will issue a pretrial order in which the court

20    will set a date for a trial confirmation hearing and for trial.  Plaintiff should refer to the court's

21    October 22, 2013 order (ECF No. 51) and Local Rule 281 as to the contents of pretrial statements.

22          Also, the court notes plaintiff has filed hundreds of pages of documents he identifies as

23    trial exhibits.  ECF No. 108.  Plaintiff shall refrain from filing any other exhibits with the court

24    unless directed to do so.

25    /////

26

27    _____
      [1]  The court notes that the parties filed pretrial statements in late 2014.  The court requires
28    amended pretrial statements considering the length of time which has passed since the filing of
      the original pretrial statements and that significant discovery has been conducted since then.

1        Accordingly, IT IS HEREBY ORDERED that plaintiff shall file his amended pretrial

2  statement within 21 days of this order.  Failure to file an amended pretrial statement which

3  complies with the court's October 22, 2013 order (ECF No. 51) and Local Rule 281 within 21

4  days will result in dismissal.  Defendants shall file their amended pretrial statement within 14

5  days after service of plaintiff's.

6  Dated:  February 23, 2016

7  _____
    CAROLYN K. DELANEY

8  UNITED STATES MAGISTRATE JUDGE

11  1
   town2342.pts

2