UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLAIM TOWNSEND, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>D.K. SISTO, et al.,<br><br>  Defendants. | No. 2:09-cv-2342 CKD P<br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff seeks an order directing prison officials to allow plaintiff to speak with inmate Robert Polete (B-84588), a potential trial witness in this case.

Good cause appearing, IT IS HEREBY ORDERED that

1. Within 14 days of service of this order, the Wardens at San Quentin State Prison and the California Medical Facility shall permit plaintiff William Townsend (P-10944) to communicate with Robert Polete (B-84588) so that plaintiff may ascertain whether Mr. Polete is an appropriate witness for trial in this matter and whether he is willing to testify.

/////

/////

/////

/////

1

2. The Clerk of the Court shall serve this order on the Wardens at San Quentin State Prison and the California Medical Facility by mail and facsimile.

Dated: June 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

town2342.abs

2