UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TOWNSEND, | No. 2:09-cv-2342 CKD P |
| Plaintiff, | |
| v. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |

Plaintiff has filed a document in which he requests that the court order one of his former attorneys or an investigator hired by them to provide plaintiff with a statement made by "witness" D. Harvest. First, plaintiff has not indicated whether he sought the information he seeks directly from those persons. Second, plaintiff did not identify D. Harvest as a potential witness in his amended pretrial statement (ECF Nos. 124). Third, plaintiff has not explained his delay in attempting to obtain the information he seeks.

/////
/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request that the court order Ken Karan, Josh Kaizuka or Dave Howard to provide plaintiff with a copy of a written statement made by D. Harvest is denied.

Dated: June 10, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
towns2342.sta