1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | WILLIAM TOWNSEND, JR.,                  No. 2:09-cv-2342 CKD P
12 |          Plaintiff,
13 |     v.                                  ORDER
14 | D.K. SISTO, et al.,
15 |          Defendants.

16
17        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil
18 rights under 42 U.S.C. § 1983.  Plaintiff seeks an order directing prison officials to allow plaintiff
19 to speak with inmate Dwayne Harvest (H-89912), a potential trial witness in this case.
20        Good cause appearing, IT IS HEREBY ORDERED that
21        1. Within 14 days of service of this order, the Wardens at San Quentin State Prison and
22 Folsom State Prison shall permit plaintiff William Townsend (P-10944) to communicate with
23 Duane Harvest (H-89912) so that plaintiff may ascertain whether Mr. Harvest is an appropriate
24 witness for trial in this matter and whether he is willing to testify.
25 /////
26 /////
27 /////
28 /////

                                                   1

2. The Clerk of the Court shall serve this order on the Wardens at San Quentin State Prison and Folsom State Prison by mail and facsimile.

3. If plaintiff wishes to call Mr. Harvest as a witness at trial, he must comply with the requirements found in the court's October 22, 2103 order concerning the procedures for obtaining attendance of incarcerated witnesses at trial. If plaintiff does not comply with those requirements by the end of the August 24, 2016 trial confirmation hearing, the court will not issue a writ of habeas corpus ad testificandum for Mr. Harvest's presence at trial.

Dated: July 27, 2016

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
town2342.exs(2)