UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TOWNSEND, | No. 2:09-cv-2342 CKD P |
| Plaintiff, | |
| v. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |

Plaintiff has filed objections to the June 30, 2016 pretrial order. In that order, the court informed the parties that any objections had to be filed within 14 days. According to plaintiff, he mailed his objections on July 23, 2016. Therefore, they are not timely. In any case, none of the four "objections" are well taken:

1. Plaintiff objects to the court's exclusion of exhibits "125-127." However, there are no exhibits identified by plaintiff as exhibits "125-127" in the proposed trial exhibits submitted by plaintiff on June 23, 2016 (ECF No. 134).

2. Plaintiff objects to the court's exclusion of documents concerning monetary awards granted by juries to plaintiffs in other actions. Such documents are not relevant to any matter to be tried in this action. If the jury finds in favor of plaintiff, the jury will be directed to calculate damages based solely upon the legal instructions provided by the court.

/////

1

3. Plaintiff details the requirements for the authentication of medical records; this is not an objection to a term specified in the pretrial order.

4. Plaintiff details his efforts to obtain a stipulation to certain testimony; this is not an objection to a term specified in the pretrial order.

For all of the foregoing reasons, IT IS HEREBY ORDERED that plaintiff's objections to the court's pretrial order (ECF 142) are all OVERRULED.

Dated: August 3, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
town2342.objs