UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TOWNSEND,<br><br>    Plaintiff,<br><br>    v.<br><br>D.K. SISTO, et al.,<br><br>    Defendants. | No. 2:09-cv-2342 CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion asking that the court take "judicial notice" of certain mental health problems from which plaintiff allegedly suffers.  While plaintiff does not indicate for what purpose, the court assumes for trial.

Generally speaking, the court can judicially notice something as fact if it is "generally known within the . . . court's . . . jurisdiction" or it "can be accurately and readily be determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  Plaintiff's mental health problems do not fall into either category.

/////

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for judicial notice (ECF No. 145) is denied.

Dated: August 3, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
towns2342.jn