UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TOWNSEND, | No. 2:09-cv-2342 CKD P |
| Plaintiff, | |
| v. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that the court issue a writ of habeas corpus ad testificandum for inmate Duane Harvest's presence at trial. However, plaintiff has not provided the affidavits described in the court's October 22, 2013 order in support of his request. Accordingly, IT IS HEREBY ORDERED that plaintiff's July 29, 2016 request that the court issue a writ of habeas corpus ad testificandum for Duane Harvest's presence at trial is denied without prejudice to renewal prior to the August 24, 2016 trial confirmation hearing. See July 27, 2016 Order (ECF No. 27).

Dated: August 3, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
town2342.wat