1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM TOWNSEND, JR.,                    No.  2:09-cv-2342 CKD P

12                 Plaintiff,

13        v.                                    ORDER

14    D.K. SISTO, et al.,

15                 Defendants.

16

17        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil

18    rights under 42 U.S.C § 1983.  On August 24, 2016, this matter came before the court for a trial

19    confirmation hearing.  In light of the discussion occurring at the hearing and the record before the

20    court, IT IS HEREBY ORDERED that the court's June 30, 2016 pretrial order is supplemented

21    and amended in the following respects:

22        1.  Trial is set for November 14, 2016 at 9:00 a.m. before the undersigned.

23        2.  Plaintiff may call inmate Robert Polete (B-84588) as a witness at trial.  The court will

24    issue a writ of habeas corpus ad testificandum to the warden at Mr. Polete's place of incarceration

25    for his presence at trial.

26    /////

27    /////

28    /////

                                        1

1       3.  Plaintiff may offer the following exhibits at trial:[1]

2               A.  April 10, 2015 memorandum from F. Agutos (ECF No. 134 at 14);

3               B.  Medical records related to treatment for dislocated right shoulder (ECF No.

4           134 at 16-22 & 25-28);

5               C.  April 7, 2015 memorandum from G. Matteson (ECF No. 134 at 31);

6               D.  April 10, 2015 memorandum from C. Allen-Barry (ECF No. 134 at 32);

7               E.  "Duty Statements" (ECF No. 134 at 57-62);

8               F.  Medical records dated June 7, 2007 concerning numbness in plaintiff's right

9           arm (ECF No. 134-1 at 10-11);

10              G.  May 8, 2007 radiology report (ECF No. 134-1 at 25); and

11              H.  Medical records regarding March 11, 2008 right shoulder surgery (ECF

12          No. 134-1 at 27-40).[2]

13      4.  Plaintiff shall use numbers to identify his exhibits and they shall be organized in the

14  manner identified above.  For example, Exhibit 1 will be the April 10, 2015 memorandum from

15  F. Agutos, Exhibit 2 will be the medical records related to treatment for plaintiff's dislocated right

16  shoulder found at ECF No. 134 pp. 16-22 & 25-28, etc.

17      5.  The parties shall exchange final copies of their exhibits no later than September 30,

18  2016.  The parties are reminded that on the day of trial, the parties must bring one original and

19  two copies of their exhibits for court use.  Defendants shall use letters to identify their exhibits.

20

21  [1]  Documents must be submitted in their original form, free of any notations or highlighting.

22  [2]  At the trial confirmation hearing, the court indicated it would take under submission whether
    plaintiff would be permitted to offer documents found at ECF No. 134-1, pp. 42-43 and 45-64.  A
23  closer examination of those documents reveals they are medical records regarding treatment
    received by plaintiff as to his left shoulder.  Plaintiff will not be permitted to offer these exhibits
24  since plaintiff does not allege in his second amended complaint that he injured his left shoulder as
    a result of the fall at issue in this case.
25   Also, with respect to all of the exhibits identified above, plaintiff will be permitted to introduce
    such exhibits because it appears there is at least some purpose warranting admission into
26  evidence.  This does not mean the documents will be admitted and does not preclude defendants
    from challenging the admissibility of the documents during trial proceedings.  Other exhibits,
27  such as responses to discovery requests or other out of court statements made by witnesses, while
    not admissible in their own right, may be used for impeachment purposes.
28

2

6. Any motions in limine must be filed no later than October 24, 2016.  Oppositions to motions in limine must be filed no later than November 7, 2016.

7. Trial briefs shall be filed no later than October 31, 2016.

8. Proposed voir dire and proposed jury instructions must be filed no later than November 7, 2016.

Dated:  August 26, 2016

_____

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
towns2342.oah

3