UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM TOWNSEND,

        Plaintiff,               No.  2:09-cv-2342 CKD P

vs.

D. K. SISTO, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    William Townsend, inmate No. P-10944, a necessary and material witness in proceedings in this case on March 15, 2017, is confined in San Quentin State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, to appear by **telephonic conference** at San Quentin State Prison, March 15, 2017, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to testify by telephone** before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3.  The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at San Quentin State Prison , (415) 454-6288.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden of San Quentin State Prison, San Quentin, California 94964:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conference.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  March 1, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

town2342.841.vc